IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-737-DCK

| | |
|---|---|
| LORI A. CARVER, and ALESIA S. SMITH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** ) |
| KEITH CHARLES D'AMICO, MOUNTAIN VIEW CORRECTIONAL INSTITUTION, JAIME MARIE GRINDSTAFF, NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiffs' "Motion For Admission *Pro Hac Vice*" (Document No. 14) filed by F. William DeVore, IV, concerning Kyle J. White on January 29, 2018. Mr. Kyle J. White seeks to appear as counsel *pro hac vice* for Plaintiff Alicia Smith, individually and Lori Carver, as Personal Representative of the Estate of Artie Smith. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Plaintiffs' "Motion For Admission *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Kyle J. White is hereby admitted *pro hac vice* to represent Plaintiff Alicia Smith, individually and Lori Carver, as Personal Representative of the Estate of Artie Smith.

**SO ORDERED**.

Signed: January 29, 2018

David C. Keesler
United States Magistrate Judge