# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-737-DCK

| | |
|---|---|
| ALESIA S. SMITH, individually, and LORI A. CARVER, as personal representative of the estate of Artie Stevenson Smith, <br><br> Plaintiffs, <br><br> v. <br><br> JAIME MARIE GRINDSTAFF, R.N., a/k/a JAIME GRINDSTAFF, R.N., a/k/a JAIME GUNDSTADT, individually and in her official capacity as Registered Nurse at Mountain View Correctional Institute, KEITH CHARLES D'AMICO, PA-C, individually and in his official capacity as a Physician's Assistant at Mountain View Correctional Institution, and THE NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, a/k/a THE DIVISION OF ADULT CORRECTION AND JUVENILE JUSTICE IN NORTH CAROLINA, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 47) on December 19, 2018, notifying the Court that they have "completely settled as to all claims and causes of action." The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The Court commends counsel and the parties for their efforts in resolving this matter. Noting that this matter is completely settled, the undersigned will direct the parties to file a Stipulation of Dismissal and will deny the pending motions in this action as moot.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 25, 2019**.

**IT IS FURTHER ORDERED** that the "Motion Of Defendant The North Carolina Department Of Public Safety To Quash And Motion For Protective Order" (Document No. 26) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that "Plaintiffs' Motion To Compel 30(b)(6) Depositions And Documents As To The North Carolina Department Of Public Safety" (Document No. 29) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that "Defendant Keith Charles D'Amico, PA-C's Motion To Dismiss State Law Claims Pursuant To Rule 9(j) or Alternative Motion To Strike James a Van Rhee, PA" (Document No. 41) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: December 20, 2018

David C. Keesler
United States Magistrate Judge